# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| RECO Rishad Engineering Construction ORG ) | ASBCA No. 60156 |
| ) | |
| Under Contract No. W91B4M-07-C-7228 ) | |

APPEARANCE FOR THE APPELLANT:         Mr. Burhan Jan
         CEO & President

APPEARANCES FOR THE GOVERNMENT:         Raymond M. Saunders, Esq.
         Army Chief Trial Attorney
         MAJ Julie A. Glascott, JA
         Trial Attorney

## ORDER OF DISMISSAL

The government has moved to dismiss this appeal for lack of jurisdiction, alleging that appellant had not submitted a claim to the contracting officer. Appellant has indicated that it does not oppose the government's motion.

Accordingly this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 2 February 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60156, Appeal of RECO Rishad Engineering Construction ORG, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals